UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HAKOP KARAYAN (6),<br><br>　　　　　　　Defendant. | Case No.: 21-CR-2660-BAS<br><br>ORDER OF RESTITUTION |
|---|---|

IT IS HEREBY ORDERED:

1.　Pursuant to 18 U.S.C. §3663A, Defendant HAKOP KARAYAN shall pay restitution in the amount of **$275,292.65** as a result of his conviction for access device fraud conspiracy, in violation of 18 U.S.C. § 1029(b). Restitution shall be payable to the victims of the offense, as follows:

| | |
|---|---|
| **Bank of America, N.A.**<br>Contact Kenneth Smith<br>Atlanta Plaza Building<br>600 Peachtree Street NE<br>Atlanta, GA 30308 | $70,668.55 |

| | |
|---|---|
| **SouthState Bank** (Previously Charter Bank) Attn: C. Jeannette Perna 2440 Mall Drive North Charleston, SC 29406 | $55,317.00 |
| **First Community Credit Union** Attn: Fraud Investigations / Restitution 17151 Chesterfield Airport Road Chesterfield, MO 63005 | $50,476.50 |
| **Chase Bank** JP Morgan Chase Attn: Fraud Recovery Investigations, PO Box 781220, Detroit, MI 48278 | $28,845.21 |
| **California Coast Credit Union** Attn: Fraud Department PO Box 502080 San Diego, CA 92150 | $20,356.75 |
| **Citibank** Attn: Kimberly Morrison 100 Citibank Drive San Antonio, TX 78245 | $18,974.64 |
| **Wells Fargo NA** Fraud Investigations P.O Box 912038 Denver, CO 80291-2038 | $9,640.00 |
| **Wescom Credit Union** Attn: Fraud Investigations Department 5601 E. La Palma Avenue Anaheim, CA 92807 | $8,253.00 |
| **Ventura County Credit Union** Attn: Fraud Investigations Department PO Box 6920 Ventura, CA 93006 | $8,161.00 |

| | |
|---|---:|
| **Union Bank**<br>1101 W. Washington St., 2nd Floor<br>Tempe, AZ 85288<br>ATTN: EFM Resolutions Dept. | $2,800.00 |
| **U.S. Postal Service**<br>Accounting Reconciliation Branch /<br>Minneapolis Accounting Service Center<br>2825 Lone Oak Parkway<br>Eagan, MN 55121-9640 | $1,800.00 |
| Total | **$275,292.65** |

2. Pursuant to 18 U.S.C. §3664(i), all non-government victims shall receive full restitution before the United States receives any restitution. Therefore, the Clerk of Court shall disburse full restitution to the non-government victims, *pro rata*, before disbursing restitution to the U.S. Postal Service.

3. The Court expressly finds that, pursuant to 18 U.S.C. § 3663A(c)(3), the number of identifiable victims is so large, and determining the complex issues of fact related to the cause and amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to the victims is outweighed by the burden on the sentencing process, that identifying and ordering further restitution to individual victims or financial institutions would be impracticable.

4. Restitution is due and payable immediately. Notwithstanding any other provision of this Restitution Order, the government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

5. During any period of incarceration, the defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of the defendant's income, or $25.00 per quarter, whichever is greater. Upon release from custody, the defendant shall pay restitution at the rate of $250 per month, subject to modification upon further agreement of the parties or order of the court.

Restitution Order                                                                                           21-CR-2660-BAS-006

6. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment.

7. Liability for restitution pursuant to this Order shall be joint and several with the following co-defendants, to the extent that the Court orders that these co-defendants pay restitution for the same losses as the defendant: Haykaz Mansuryan (1), Hayk Shakaryan (2), and Artour Hakobyan (4).

8. The defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

9. The Court has determined that the defendant does not have the ability to pay interest. It is ordered that the interest requirement is waived.

10. Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution no later than thirty days after the change occurs.

11. Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs.

IT IS SO ORDERED.

DATED: November 13, 2023

HON. CYNTHIA BASHANT
United States District Court